AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 3:06-mj-1274-MMH

MOHAMED JALLOH

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 25, 2006, in Duval County, in the Middle District of Florida, the defendant

    falsely and willfully represented himself/herself to be a citizen of the United States,

in violation of Title 18, United States Code, Section 911. I further state that I am a(n) Special Agent with Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
DONALD J. WELLS

Sworn to before me and subscribed in my presence,

October 12, 2006     at     Jacksonville, Florida

MARCIA MORALES HOWARD
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# CRIMINAL COMPLAINT AFFIDAVIT

Your affiant, Donald J. Wells, being a duly sworn and appointed Special Agent of the United States Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service (INS), and the United States Customs Service (USCS), hereby makes the following statement in support of the attached criminal complaint.

1. Your affiant is a Special Agent of ICE and has been in the federal law enforcement service for four years, initially as a Customs Inspector and later as a Special Agent. Your affiant has training and experience in the preparation, presentation and service of criminal complaints and arrest warrants.

2. On October 3, 2006, at approximately 1:00 p.m., your affiant received a facsimile from Security Manager of Jacksonville Port Authority (Jaxport) ~~of~~ *Ow* Rebecca Larson that contained 11 applications for Jaxport access badges for secure areas. One of the applications indicated the following:

    a. That on September 26, 2006, a person identified as Mohamed JALLOH, who listed a Date of Birth (DOB) of September 15, 1984, applied for a Jaxport badge to enter secured areas of the Jaxport Talleyrand terminal. * *Ow*

    b. That JALLOH indicated on his application that his country of birth was United States and that he was born in New York.

    c. That JALLOH listed a Social Security account number of 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.

    d. That JALLOH indicated that he worked for Randstad Amports, and that Ms. Kim Sparrow was the authorizing agent indicating that JALLOH worked for Randstad Amports.

\* attached to the Jaxport badge application was a copy of JALLOH's Photograph *Ow*

3. On October 3, 2006, your affiant ran ~~additional~~ **Ow** computer checks in the Immigration Services' Central Index System, and found that a citizen of Sierra Leone named Mohamed JALLOH had been assigned alien registration number (A-Number) A079 252 662. The Central Index System also indicated that JALLOH had applied to adjust his immigration status from refugee to lawful permanent resident alien on April 4, 2002. The Central Index System indicated that on his application to become a lawful permanent resident alien, JALLOH stated that he was born in Sierra Leone. The Central Index System indicated that JALLOH's alien registration file (A-File) was located at the National Records Center (NRC) in Kansas City, Missouri.

4. On October 3, 200~~4~~ **6 Ow** your affiant ordered JALLOH's A-file with A-number A079 252 662 for further review.

5. On October 3, 2006, your affiant checked the Florida Department of Motor Vehicles Driver and Vehicle Identification Database (DAVID) to see what country of citizenship JALLOH had indicated on his driver's license application. DAVID revealed that JALLOH had stated on his driver's license application that he was not a United States citizen and that he was an alien born in Sierra Leone. JALLOH provided A-number A079 252 662 on his driver's license application in DAVID. *Your affiant also retrieved a copy of JALLOH's drivers license photograph from DAVID. Ow*

6. On October 3, 2006, your affiant contacted Kim Sparrow, human resource manager at Randstad Amports in Jacksonville, Florida. Your affiant requested a photocopy of JALLOH's Employment Eligibility Verification Form (Form I-9) for review. Ms. Sparrow stated that she would fax the Form I-9. *The photograph depicted the same person shown on the photograph mentioned in Paragraph 2a Ow*

7. On October 4, 2006, your affiant received JALLOH's A-file. The A-file revealed the following:

*Your affiant also observed that on JALLOH's drivers license application he listed his social security number as 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 Ow*

    a.    That JALLOH's A-file A079 252 662 had been opened on April 4, 2002.

    b.    That JALLOH had arrived in the United States as a refugee on December 14, 2001.

    c.    That JALLOH's application for lawful permanent resident status was received on February 27, 2002, but could not be processed because refugees must wait one year in the United States before applying for adjustment of their immigration status.

    d.    That JALLOH had received an Employment Authorization Document (EAD) card on July 17, 2005 and that his EAD had expired on July 17, 2006. There was no record that JALLOH applied to renew his employment authorization.

8.    On October 5, 2006, your affiant received the Form I-9 that JALLOH had filed with Randstad Amports on August 25, 2006. On the Form I-9, JALLOH stated the following:

    a.    That his name is Mohamed JALLOH and that his DOB is September 15, 1984.

    b.    That he is authorized to work legally in the United States because he is a citizen of the United States.

    c.    That JALLOH gave his Florida driver's license and Social Security card as proof that he was authorized to work in the United States. ^ which listed his Social Security number as 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 *[initials]*

Based upon the foregoing facts, your affiant believes there is probable cause to believe that Mohamed JALLOH, a citizen of Sierra Leone, falsely claimed to be a citizen of the United States on the Employment Eligibility Verification Form (Form I-9) he filed on August 25, 2006, in violation of Title 18, United States Code, 911.

_____
Donnie Wells, Special Agent
United States Immigration and Customs Enforcement
Jacksonville, Florida